THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR04-465-MJP |
| Plaintiff, ) | |
| ) | ORDER GRANTING |
| v. ) | MOTION TO FILE OVERLENGTH |
| ) | MOTION |
| CLIFFORD COURT UPTEGROVE, ) | |
| Defendant. ) | |

This matter has come before the Court on Clifford Uptegrove's motion to file an overlength motion for compassionate release. The Court has considered the motion and the records herein.

IT IS NOW ORDERED that Mr. Uptegrove's motion to file an overlength motion is GRANTED.

DATED this 2 day of October, 2020.

MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Michael Filipovic*
Federal Public Defender
Attorney for Clifford Uptegrove

ORDER TO FILE OVERLENGTH MOTION
(*United States v. Uptegrove*, CR04-465-MJP) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100