THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR04-465-MJP |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING REPLY |
| CLIFFORD COURT UPTEGROVE, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the Court on the unopposed motion of Clifford Uptegrove to extend the deadline for filing a reply to the government's response to his motion for compassionate release and to reset the noting date to October 15, 2020. The Court has considered the motion and the records in this case.

IT IS NOW ORDERED that Mr. Uptegrove's reply is due October 15, 2020. The motion for compassionate release will be renoted for October 15, 2020.

DATED this 14th day of October 2020.

_____
MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Michael Filipovic*
Federal Public Defender
Attorney for Clifford Uptegrove

ORDER TO EXTEND DEADLINE
FOR FILING REPLY
(*United States v. Uptegrove*, CR04-465-MJP) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100