THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR04-465-MJP |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL EXHIBIT |
| CLIFFORD COURT UPTEGROVE, | |
| Defendant. | |

THIS MATTER has come before the Court on the motion of Clifford Uptegrove to seal exhibit A (medical records) to his reply to the government's response to his motion for compassionate release. The Court has considered the motion and records in this case and finds there are compelling reasons to file the exhibit under seal.

IT IS ORDERED that exhibit A be sealed.

DATED this 19th day of October 2020.

*[signature]*

MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Michael Filipovic*
Federal Public Defender
Attorney for Clifford Uptegrove

ORDER TO SEAL EXHIBIT
(*United States v. Uptegrove*, CR04-465-MJP) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100