THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR04-465-MJP |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION TO SEAL EXHIBITS |
| CLIFFORD COURT UPTEGROVE, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the Court on the motion of Clifford Uptegrove to seal Exhibits 4, 6, and 7 (medical records) to his motion for compassionate release. The Court has considered the motion and records in this case and finds there are compelling reasons to file the exhibits under seal.

IT IS ORDERED that Exhibits 4, 6, and 7 be sealed.

DATED this 18th day of November, 2020.

*[signature]*

MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Michael Filipovic*
Federal Public Defender
Attorney for Clifford Uptegrove

ORDER TO SEAL EXHIBITS
(*United States v. Uptegrove*, CR04-465-MJP) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100