UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLIFFORD COURT UPTEGROVE,<br><br>Defendant. | CASE NO. CR04-465 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

On August 28, 2023, the Clerk of the Court received a letter personally addressed to Judge Marsha J. Pechman from Clifford Court Uptegrove. The letter was opened and posted to the docket in this matter on August 29, 2023. That same day, Judge Pechman reviewed the letter and promptly directed the Clerk to seal the filed copy, which the Clerk did on August 29, 2023. The letter appears to concern another criminal matter pending against Mr. Uptegrove: <u>United States v. Uptegrove</u>, CR22-09 MH (D. Or.). Judge Pechman has directed her law clerk to

MINUTE ORDER - 1

transmit via Email a copy of the letter from Mr. Uptegrove to Judge Marco Hernandez, who is presiding over the new criminal matter. Judge Pechman has also directed her clerk to send a copy of the letter via Email to the counsel for the parties in the new criminal matter.

The clerk is ordered to provide copies of this order to all counsel.

Filed August 31, 2023.

                                Ravi Subramanian
                                Clerk of Court

                                s/Serge Bodnarchuk
                                Deputy Clerk